Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

```
FILED
CLERK, U.S. DISTRICT COURT

7/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY
```

Case Number  2:25-CR-00595-MCS            Defendant Number  6

U.S.A. v.  Gilbert Arenas               Year of Birth  1981

☑ Indictment          ☐ Information    Investigative agency (FBI, DEA, etc.)  HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense  7/19/2022

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura

☐ Orange             ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense  18 USC 371, 1955, 1001

_____

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

☑ No      ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

  a. arise out of the same conspiracy, common scheme,
    transaction, series of transactions or events; or

  b. involve one or more defendants in common, and would
    entail substantial duplication of labor in pretrial, trial or
    sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): _____

_____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

  ☐ is still pending

  ☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☐ Yes

IF YES, provide Name: _____

    Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☑ Yes*      ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

☐ Yes*      ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

  ☐ is still pending before Judge/Magistrate Judge

_____

  ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

  ☐ Yes*      ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

  ☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or
Information?

  ☐ Yes      ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

<u>**INTERPRETER**</u>

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

<u>**OTHER**</u>

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)   Agent Zero _____

_____

This defendant is charged in:

  ☐ All counts

  ☑ Only counts:   One, Two, Three _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?      ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud         ☐ tax offenses

☐ environmental issues       ☐ mail/wire fraud

☐ narcotics offenses         ☐ immigration offenses

☐ violent crimes/firearms      ☐ corporate fraud

☑ Other   Illegal gambling _____

_____

<u>**CUSTODY STATUS**</u>

<u>Defendant is **not in custody**</u>:

  a. Date and time of arrest on complaint:   _____

  b. Posted bond at complaint level on:   _____

    in the amount of $ _____

  c. PSA supervision?   ☐ Yes   ☐ No

  d. Is on bail or release from another district:

_____

<u>Defendant is **in custody**</u>:

  a. Place of incarceration:   ☐ State   ☐ Federal

  b. Name of Institution: _____

  c. If Federal, U.S. Marshals Service Registration Number:

  d. ☐ Solely on this charge. Date and time of arrest:

_____

  e. On another conviction:   ☐ Yes        ☐ No

    IF YES:  ☐ State   ☐ Federal   ☐ Writ of Issue

  f. Awaiting trial on other charges:   ☐ Yes   ☐ No

    IF YES :  ☐ State   ☐ Federal   AND

    Name of Court: _____

    Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   ____20____  ____21____  ____40____

<u>**EXCLUDABLE TIME**</u>

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  _____

_____

Date   7/15/2025 _____

Signature of Assistant U.S. Attorney

Samuel J. Diaz
Print Name