UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00595-MCS-6   Date: 07/30/2025

Present: The Honorable: Jacqueline Chooljian, United States Magistrate Judge

Interpreter N/A   Language N/A

| Kerri Hays | 07/31/2025 | Samuel Diaz |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody
Gilbert Arenas

Attorneys for Defendants:  ✓ Present  Retained
Jerome Friedberg and Janine Cohen

Proceedings: Arraignment of Defendant and/or  ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Mark C. Scarsi.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 09/23/2025 8:30 AM;
Status Conference: 09/15/2025 3:00 PM
* The parties are referred to Judge Scarsi's Procedures and Schedules to obtain a copy of the judge's criminal standing order located on the Court's website at www.cacd.uscourts.gov. Judge Scarsi is located in 7C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA   PSAED   PSASA
 ✓ USMLA   USMED   USMSA
  Statistics Clerk    Interpreter
 ✓ CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: KH by TRB