Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 JUL 30 AM 9:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
Gilbert Arenas
USMS# _____
DEFENDANT

CASE NUMBER: 2:25-CR-00595-MCS -6

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 07/30/2025 at 6:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A  District of N/A  on N/A at N/A  ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No

4. Charges under which defendant has been booked:
   18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1955: Operating an Illegal Gambling Business; 18 U.S.C. § 1001(a)(2):

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: N/A

7. Year of Birth: 1981

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: N/A              Phone Number: N/A

9. Name of Pretrial Services Officer notified: Fatima Vazquez

10. Remarks (if any): N/A

11. Name: DeAngelo Collier   (please print)

12. Office Phone Number: 562-966-0959

13. Agency: HSI

14. Signature: DEANGELO COLLIER (Digitally signed by DEANGELO COLLIER Date: 2025.07.28 20:48:12 -07'00')

15. Date: 07/28/2025

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION