# United States Probation & Pretrial Services

United States District Court
Central District of California





FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 10210693

**Passport Receipt**

Defendant Name: Gilbert Arenas

Name on passport, if different: Gilbert Jorge Arenas Jr.

Country of Origin: United States

Ordered by court in the Central District of California

Docket Number:

U.S. Probation & Pretrial Services

Edward R. Roybal Federal Building and
U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

X _Attorney: Janine Cohen_ /s/ Janine Cohen
Surrendered By

7/30/25
Date

Ninetta Smith, AAPO  /s/ N Smith
Received By

July 30, 2025
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned
Address (if mailed)

U.S. Probation & Pretrial Services.