1   BILAL A. ESSAYLI
    Acting United States Attorney
2   JOSEPH T. MCNALLY
    Assistant United States Attorney
3   Acting Chief, Criminal Division
    SAMUEL J. DIAZ (Cal. Bar No. 304503)
4   Assistant United States Attorney
    Transnational Organized Crime Section
5        1400 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-3045
7        Facsimile: (213) 894-6269
         E-mail:    samuel.diaz@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:25-cr-00595-MCS

13            Plaintiff,               ORDER CONTINUING TRIAL DATE AND
                                       FINDINGS REGARDING EXCLUDABLE TIME
14            v.                       PERIODS PURSUANT TO SPEEDY TRIAL
                                       ACT (ECF No. 140)
15  YEVGENI GERSHMAN, et al.,
                                       **[PROPOSED] TRIAL DATE:**
16            Defendant.               May 5, 2026

17                                     **[PROPOSED] STATUS CONFERENCE DATE:**
                                       April 27, 2026
18

19

20       The Court has read and considered the Stipulation Regarding

21  Request for (1) Continuance of Trial Date and (2) Findings of

22  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23  parties in this matter on September 12, 2025.  The Court hereby finds

24  that the Stipulation, which this Court incorporates by reference into

25  this Order, demonstrates facts that support a continuance of the

26  trial date in this matter, and provides good cause for a finding of

27  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28

1    The Court further finds that:  (i) the ends of justice served by

2  the continuance outweigh the best interest of the public and

3  defendant in a speedy trial; (ii) failure to grant the continuance

4  would be likely to make a continuation of the proceeding impossible,

5  or result in a miscarriage of justice; and (iii) failure to grant the

6  continuance would unreasonably deny defendant continuity of counsel

7  and would deny defense counsel the reasonable time necessary for

8  effective preparation, taking into account the exercise of due

9  diligence; and (iv) constitutes a reasonable period of delay for

10  defendant Kats who is joined for trial with codefendants as to whom

11  the time for trial has not run and no motion for severance has been

12  granted.

13    THEREFORE, FOR GOOD CAUSE SHOWN:

14    1.    The trial in this matter is continued from September 23,

15  2025 for defendants Gershman, Tourevski, Austria, Cohen, Arenas,

16  Krachun, and Cojocari and from September 30, 2025 for defendant Kats

17  to May 5, 2026, at 8:30 a.m. for all defendants.  The status

18  conference hearing is continued to April 27, 2026, at 3:00 p.m.

19    2.    The time period of September 23, 2025 to May 5, 2026,

20  inclusive, is excluded in computing the time within which the trial

21  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

22  and (B)(iv), (h)(6).

23    3.    Nothing in this Order shall preclude a finding that other

24  provisions of the Speedy Trial Act dictate that additional time

25  periods are excluded from the period within which trial must

26  commence.  Moreover, the same provisions and/or other provisions of

27  the Speedy Trial Act may in the future authorize the exclusion of

28

1 additional time periods from the period within which trial must

2 commence.

3      IT IS SO ORDERED.

4

5  September 15, 2025
   DATE                          HONORABLE MARK C. SCARSI
6                                UNITED STATES DISTRICT JUDGE

7

8

9 Presented by:

10      /s/
   SAMUEL J. DIAZ
11 Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          3